UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20458-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,
vs.

GEOVANNY GOMEZ-GARCIA,

    Defendants.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON GARCIA HEARING**

**THIS CAUSE** came before the Court upon the Government's Request for Garcia Hearing [ECF No. 8].

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes, and accordingly, the Magistrate Judge conducted a hearing on September 4, 2018. A Report and Recommendation [ECF No. 14] was filed on September 5, 2018, recommending that attorney Todd Yoder, Esq., be permitted to continue to represent Defendant through the anticipated change of plea, sentencing and post-sentencing proceedings.

The parties were afforded the opportunity to file written objections if any, fourteen days from the date of the report. The record reveals that a notice of no objection to Report and Recommendation [ECF No. 17] was filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the record and Magistrate Otazo-Reyes' well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 14] is hereby **ADOPTED AND AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of September, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Gotazo-Reyes
All Counsel Of Record